MINUTES OF THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Case Name:   **Oakley, Inc. v. Seaver Company**          Case Number:   **11cv2079-DMS (CAB)**

Hon. Cathy Ann Bencivengo          Ct. Deputy L. Hernandez          Rptr. Tape:

    Having read and considered Defendant Seaver Company's Ex Parte Application to Continue the Early Neutral Evaluation ("ENE") conference, [Doc No. 12,] and good cause appearing, the Court hereby **CONVERTS** the **December 1, 2011** ENE conference at 2:00 p.m. **to a telephonic hearing** before Magistrate Judge Cathy Ann Bencivengo.

    The hearing will be telephonic with attorneys only.  Defendant's counsel shall coordinate and initiate the call into chambers.  The parties are relieved of their obligations to file Early Neutral Evaluation Conference Statements at this time.

**IT IS SO ORDERED.**


Date:      November 18, 2011

Initials: BFG Deputy

cc:   Honorable Dana M. Sabraw

     All Counsel (chmb)